| | |
|---|---|
| RETURN DATE:  FEBRUARY 22, 2022 | : SUPERIOR COURT |
| ALYSSA KLEIN and JERMAINE ALSTON | : J.D. OF ANSONIA/MILFORD |
| VS. | : AT MILFORD |
| GOGGIN WAREHOUSING LLC and SUAN T. SANG | : JANUARY 19, 2022 |

## COMPLAINT

**FIRST COUNT:**

1. On or about March 12, 2021, at approximately 12:30 p.m., the plaintiff, Jermaine Alston, was the operator of a motor vehicle, also containing the plaintiff Alyssa Klein, that was proceeding on the Route 8 northbound exit 22 ramp, a public highway, in the Town of Seymour, Connecticut.

2. At the same time and place, the defendant, Suan T. Sang, was the operator of a motor vehicle owned by the defendant, Goggin Warehousing LLC, acting as its agent, servant and/or employee, that was also proceeding on the Route 8 northbound exit 22 ramp, somewhere behind the plaintiffs' vehicle.

3. As the plaintiffs' vehicle was stopped in obeyance of a stop sign, it was struck from behind by the defendants' vehicle, causing the plaintiff, Alyssa Klein, to suffer the following injuries and damages.

4. As a result thereof, the plaintiff, Alyssa Klein, suffered injuries of a serious, painful and permanent nature in that she sustained an acute musculoligamentous sprain/strain to

the cervical spine with connective tissue injury and scarring, with associated radiculopathy into the shoulders; an acute ligamentous sprain/strain to the lumbosacral spine, with connective tissue injury and scarring, superimposed upon a preexisting condition; post traumatic headaches; paravertebral muscle spasm; and a general shock to her nervous system, all of which have affected her ability to participate in life's activities as she did before the collision.

5. As a further result thereof, the plaintiff, Alyssa Klein, has incurred expenses for her medical care and attention and may continue to do so in the future.

6. The injuries and damages suffered by the plaintiff, Alyssa Klein, are the result of the negligence and carelessness of the defendants, acting by and through the defendant, Suan T. Sang, in that he failed to keep a proper lookout; in that he failed to keep the vehicle he was operating under proper control; in that he was following too close to the vehicle in front of him in violation of Conn. Gen. Stat. Sec. 14-240; in that he was driving too fast for the conditions then and there existing in violation of Conn. Gen. Stat. Sec. 14-218a; in that he moved his vehicle from a stopped position when such movement could not be made with reasonable safety and without interfering with other traffic in violation of Conn. Gen Stat Sect. 14-243(a); and in that he failed to properly brake his vehicle or take other proper evasive action so as to avoid colliding with the plaintiffs' vehicle.

The plaintiff claims monetary damages within the jurisdiction of this Court.

**SECOND COUNT:**

1. On or about March 12, 2021, at approximately 12:30 p.m., the plaintiff, Jermaine Alston, was the operator of a motor vehicle, also containing the plaintiff Alyssa Klein, that was proceeding on the Route 8 northbound exit 22 ramp, a public highway, in the Town of Seymour, Connecticut.

2. At the same time and place, the defendant, Suan T. Sang, was the operator of a motor vehicle owned by the defendant, Goggin Warehousing LLC, acting as its agent, servant and/or employee, that was also proceeding on the Route 8 northbound exit 22 ramp, somewhere behind the plaintiffs' vehicle.

3. As the plaintiffs' vehicle was stopped in obeyance of a stop sign, it was struck from behind by the defendants' vehicle, causing the plaintiff, Jermaine Alston, to suffer the following injuries and damages.

4. As a result thereof, the plaintiff, Jermaine Alston, suffered injuries of a serious, painful and permanent nature in that he sustained an acute musculoligamentous sprain/strain to the cervical spine with connective tissue injury and scarring, with associated radiculopathy into the shoulders; an acute musculoligamentous sprain/strain to the thoracic spine, with connective tissue injury and scarring; a musculoligamentous sprain/strain to the lumbosacral spine, with connective tissue injury and scarring; post traumatic headaches; paravertebral muscle spasm; and a general shock to his nervous system, all of which have affected his ability to participate in life's activities as he did before the collision.

3

5. As a further result thereof, the plaintiff, Jermaine Alston, has incurred expenses for his medical care and attention and may continue to do so in the future.

6. The injuries and damages suffered by the plaintiff, Jermaine Alston, are a result of the negligence and carelessness of the defendants, acting by and through the defendant, Suan T. Sang, in that he failed to keep a proper lookout; in that he failed to keep the vehicle he was operating under proper control; in that he was following too close to the vehicle in front of him in violation of Conn. Gen. Stat. Sec. 14-240; in that he was driving too fast for the conditions then and there existing in violation of Conn. Gen. Stat. Sec. 14-218a; in that he moved his vehicle from a stopped position when such movement could not be made with reasonable safety and without interfering with other traffic in violation of Conn. Gen Stat Sect. 14-243(a); and in that he failed to properly brake his vehicle or take other proper evasive action so as to avoid colliding with the plaintiffs' vehicle.

The plaintiff claims monetary damages within the jurisdiction of this Court.

                                                     THE PLAINTIFFS

                                                     BY /s/ 435372
                                                           Timothy M. Ramsey
                                                           Tremont Sheldon P.C.
                                                           64 Lyon Terrace
                                                           Bridgeport, CT 06604
                                                           Telephone: (203)-335-5145
                                                           Facsimile: (203)-366-8503
                                                           Juris No. 064460

| | |
|---|---|
| RETURN DATE: FEBRUARY 22, 2022 | : SUPERIOR COURT |
| ALYSSA KLEIN and JERMAINE ALSTON | : J.D. OF ANSONIA/MILFORD |
| VS. | : AT MILFORD |
| GOGGIN WAREHOUSING LLC and SUAN T. SANG | : JANUARY 19, 2022 |

## AMOUNT IN DEMAND

The plaintiffs represent that the amount in demand is greater than Fifteen Thousand ($15,000.00) Dollars, exclusive of interest and costs.

THE PLAINTIFFS

BY /s/ 435372
Timothy M. Ramsey
Tremont Sheldon P.C.
64 Lyon Terrace
Bridgeport, CT 06604
Telephone: (203)-335-5145
Facsimile: (203)-366-8503
Juris No. 064460

5